JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY W. DORSEY, SR., | Case No. EDCV 10-0713-GW (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| VINCENT S. CULLEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: January 28, 2013

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE